*J. T. Houze* and *J. P. Brooke,* contra.

---

RHODES *et al. v.* WILLIAMS.

HILL, J. This is the first grant of a new trial. The evidence did not demand the verdict; and under the repeated rulings of this court the judgment will not be reversed.

*Judgment affirmed. All the Justices concur.*
JUNE 14, 1916.

Complaint. Before Judge Patterson. Milton superior court. April 27, 1915.

*Gober & Jackson, H. B. Moss,* and *W. I. Heyward,* for plaintiffs in error.

*H. M. Broadwell, N. A. Morris,* and *G. D. Anderson,* contra.